Pierre E. SYLVE, Plaintiff in Error, v. DELAWARE–LOUISIANA FUR–TRAPPING COMPANY, Inc., Defendant in Error.

(Circuit Court of Appeals, Fifth Circuit. May 18, 1926.)

No. 4724.

In Error to the District Court of the United States for the Eastern District of Louisiana; Louis H. Burns, Judge.

Eldon S. Lazarus, of New Orleans, La., for plaintiff in error.

Rene A. Viosca, of Hammond, La., for defendant in error.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. This case is so far like the case of Prejean v. Delaware-Louisiana Fur-Trapping Co., 13 F.(2d) 71, U. S. Circuit Court of Appeals, Fifth Circuit, present term, that the opinion in the latter shows the reason for the conclusion that the judgment in the above numbered and entitled case should be reversed, and that said case be remanded for a new trial.

Reversed.